THE HONORABLE FRANKLIN D. BURGESS

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>  Plaintiff,<br>v.<br><br>ZACHARY MIRABACK<br>  Defendant. | No. CR05-5704FDB<br><br>ORDER ALLOWING WITHDRAWAL AND SUBSTITUTION OF COUNSEL |

## ORDER

This matter having come before the Court on Counsels', Phil Brennan and Hugh Berry, request for withdrawal and substitution of counsel, and a Notices of Appearance having been filed in this matter on September 27, 2005 (Dkt. No. 15), and again on September 29, 2005 (Dkt. No. 12) by Hugh Berry. Having considered the papers filed by the parties, the records and files herein, and the request of the defendant's counsels, Hugh Berry and Phil Brennan, in this matter, the Court hereby grants the request to substitute counsel in this matter.

ORDER

(CASE NO. CR05-5704-FDB)-1

**HWB - ESQ. PLLC**
PO BOX 13085
Mill Creek, WA 98082
TELEPHONE: 206.774.0845

IT IS THEREFORE ORDERED:

1. That Phil Brennan is allowed to withdraw as counsel of record for Defendant, Zachary Miraback, and the entry of appearance of Hugh Berry is recognized.

2. That this order shall be effective, nunc pro tunc, as of September 27, 2005.

IT IS SO ORDERED this 25th day of October, 2005.

/s/ Franklin D Burgess
UNITED STATES DISTRICT JUDGE

Respectfully submitted,

s/ *__Hugh W. Berry__*
Hugh W. Berry, WSBA # 23509
**HWB - ESQ.** $^{PLLC}$
P.O. BOX 13085
Mill Creek, WA 98082
Phone Number: 206.774.0845
Email: hwberry.esq@verizon.net

s/ *__Phil I. Brennan__*
*(authorization for electronic signature received)*
Phil I. Brennan
P.O. BOX 22837
Seattle, WA 98122

ORDER

(CASE NO. 05-5704-FDB)-2